IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2604-GPG

**ROBERT PERRETEN**, No. 13-7325,

    Plaintiff,

v.

**RON WAITE**, Nurse, Practitioner;
**CORRECT CARE SOLUTIONS**;
**TAMMERA HERIVEL**, Clerk of Araphoe County Courts;
**MARK WINSLOW**, Medical Doctor; and
**DAVID JONES**, Medical Doctor

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    In response to the December 1, 2015 Order Directing Plaintiff to file an Amended Complaint (ECF No. 7), Plaintiff has submitted a Motion for an Extension of Time. Plaintiff's request (ECF No. 8) is **GRANTED** and he shall have **thirty (30) days from the date of this minute order** to file his amended complaint. If Plaintiff fails to file an amended complaint within the time allowed, the action will be dismissed without further notice.

    It is further ordered that Plaintiff's Motion to Receive Back trusty good time (ECF No. 4) is **DENIED**. Any such request for good time credits must be made in a separate habeas corpus action.

    It is further ordered that Plaintiff's Motion to Request an Attorney (ECF No. 9) is **DENIED** as premature. The Amendment Order is very specific and easily understood by a layman.

Dated: January 4, 2016